IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| True North Composites, L.L.C., et al. | No. CIV 01-0141-PHX-EHC |
| Plaintiffs, | **ORDER** |
| vs. | |
| Harris Specialty Chemicals, Inc., et al. | |
| Defendants. | |

Pursuant to the parties' Stipulation to Dismiss with Prejudice, and the Court being fully advised,

**IT IS ORDERED** that the above-entitled action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** vacating the status hearing set for **Monday, June 14, 2004, at 10:30 a.m.**

DATED this _3_ day of June, 2004.

Earl H. Carroll
United States District Judge